Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.:  (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff Rennie James Johnson

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENNIE JAMES JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.:  3:25-cv-00520-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF**<br><br>[ECF No. 11] |

Plaintiff Rennie James Johnson and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from January 23, 2026 to March 5, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented in the 2,456-page administrative record.

DATE: January 20, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Rennie James Johnson

DATE: January 20, 2026          SIGAL CHATTAH
United States Attorney

/s/ Christopher Vieira

BY: _____

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

**ORDER**

**IT IS SO ORDERED.**

**DATED:** _January 20, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-