TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENNIE JAMES JOHNSON, <br><br>     Plaintiff, <br><br>     v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br>     Defendant. | Case No.: 3:25-cv-00520-CLB <br><br> **ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and offer Plaintiff the opportunity for a hearing. The ALJ will reconsider the pertinent issues, including, but not limited to evaluating

Plaintiff's alleged symptoms and providing rationale in accordance with the disability regulations pertaining to evaluation of symptoms. *See* 20 C.F.R. §§ 404.1529, 416.929.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


Dated: March 26, 2026          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                               */s/ Marc V. Kalagian*
                               MARC V. KALAGIAN
                               (*as authorized via email on March 24, 2026)
                               Attorney for Plaintiff


Dated: March 26, 2026          Respectfully submitted,

                               SIGAL CHATTAH
                               First Assistant United States Attorney


                               */s/ David Priddy*
                               DAVID PRIDDY
                               Special Assistant United States Attorney
                               Attorneys for Defendant


                               IT IS SO ORDERED:



                               _____
                               HON. CARLA L. BALDWIN
                               UNITED STATES MAGISTRATE JUDGE


                               DATED: March 27, 2026.

2